AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.  13-cv-01735-REB-MJW

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _CEQUENT PERFORMANCE PROD, Ine._
was received by me on *(date)* _7/2/2013_ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _MICHELE L. DELL_ , who is
designated by law to accept service of process on behalf of *(name of organization)* _CEQUENT_
_PERFORMANCE PRODUCTS, INC_ on *(date)* _7/2/2013_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _0.00_ for travel and $ _75.00_ for services, for a total of $ _750.00_ .

I declare under penalty of perjury that this information is true.

Date: _7/5/2013_

_____
Server's signature

_CHARLES A. FLECK_
Printed name and title

_208 E. MT. HOPE #3_
Server's address
_LANSING, MI 48910_

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| PHILIP W. WYERS, individually | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 13-cv-01735-REB-MJW |
| CEQUENT PERFORMANCE PRODUCTS, INC. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cequent Performance Products
c/o CSC-Lawyers Incorporating Service
601 Abbot Road
East Lansing, MI 48823

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aaron P. Bradford, Esq.,
Lathrop & Gage, LLP,
950 17th Street, Suite 2400,
Denver, CO 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____07/02/2013_____

_____s/ sphillips_____
*Signature of Clerk or Dep*